**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

United States of America,                )
                                         )        **PRETRIAL STATUS CONFERENCE**
                    Plaintiff,           )
                                         )
        vs.                              )
                                         )        Case No.: 1:23-cr-059
Juliet Chinyere Molenda,                 )
                                         )
                    Defendant.           )

_____

The undersigned shall hold a pretrial status conference with counsel by telephone on June 28, 2023, at 10:00 AM to discuss, among other things, the viability of the current trial date.  To participate, counsel shall call (877) 810-9415 and enter access code 8992581.  Counsel are strongly encouraged to consult with each other prior to the conference.  This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 31th day of May, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court