# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **PRETRIAL STATUS CONFERENCE** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:23-cr-059 |
| Juliet Chinyere Molenda, | ) | |
| | ) | |
| Defendant. | ) | |

The court previously scheduled a pretrial status conference with counsel by telephone on November 20, 2024, to discuss, among other things, the viability of the current trial date. The status conference shall be rescheduled for June 10, 2025, at 9:00 AM by telephone. To participate, counsel shall call (571) 353-2301 and enter "Caller ID" 292466149. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 16th day of October, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court