**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Juliet Chinyere Molenda, | ) | Case No.  1:23-cr-059 |
| | ) | |
| Defendants. | ) | |

On motion by Defendant, the court issued a writ of habeas ad testificandum for Chinedu Nwafor ("Nwafor") on August 1, 2025.  (Doc. No. 78).  Therein the court directed that Nwafor be produced on October 1, 2025, for Defendant's trial.

Defendant's trial has been cancelled as Defendant has executed a plea agreement and is scheduled to change his plea on October 9, 2025.  (Doc. Nos. 86 and 88). As Nwafor's testimony is no longer necessary,  the writ of habeas corpus ad testificandum for Nwafor (Doc. No. 78) is quashed or nullified.

**IT IS SO ORDERED.**

Dated this 8th day of September, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court